219 So.2d 778

**Jack R. COURSHON**

v.

**MAURONER–CRADDOCK, INC.**

No. 49634.

March 13, 1969.

In re: Acme Brick Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge.   219 So.2d 258.

Writ refused.  On the facts found by the Court of Appeal, the result is correct.

219 So.2d 778

**Jack R. COURSHON**

v.

**MAURONER–CRADDOCK, INC.**

No. 49635.

March 13, 1969.

In re: Baton Rouge Lumber Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge.  219 So.2d 258.

Writ refused.  On the facts found by the Court of Appeal, the result is correct.